LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
JOSE ATUNEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0730 WHA [BZ] |
| Plaintiff, | |
| v. | STIPULATION AND (PROPOSED) ORDER TAKING THE DETENTION HEARING OFF CALENDAR |
| JOSE ATUNEZ, | |
| Defendant. | |

Defendant JOSE ATUNEZ, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Wilson Leung, hereby stipulate and agree that the detention hearing scheduled for November 5, 2008, be taken off calendar without prejudice to it being brought at a future date. The defendant, accordingly, waives his right to have the hearing on the date scheduled.

SO STIPULATED:

/S/ Lidia S. Stiglich

DATED:   11/4/2008

LIDIA STIGLICH
Attorney for Defendant

/S/ Wilson Leung

DATED:   11/4/2008

WILSON LEUNG
Assistant United States Attorney

U.S. v. Jose Atunez, CR 08-0730 WHA [BZ]
Stip. & (Proposed) Order RE Detention hearing off calendar

-1-

**ORDER**

Pursuant to stipulation, Defendant JOSE ATUNEZ'S detention hearing, currently scheduled for November 5, 2008, is taken off calendar without prejudice.

**IT IS SO ORDERED.**

DATED: 4/N/ɑ/ 08

The Hon. Bernard Zimmerman
United States Magistrate Judge

The court undertakes defendant is issuing written findings as well. Based on this stipulation, the government's motion to detain is granted, subject to defendant's right to seek release in the future.

U.S. v. Jose Atunez, CR 08-0730 WHA [BZ]
Stip. & [Proposed] Order RE Detention hearing off calendar